# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| **RAMONA CAL** | ) | |
| | ) | |
| **Plaintiff,** | ) | **Case No. 10 CV 3150** |
| | ) | |
| v. | ) | **Judge Dow** |
| | ) | |
| **SECURITAS SECURITY SERVICES, USA, INC.** | ) | **Magistrate Judge Valdez** |
| | ) | |
| **Defendant.** | ) | |

## STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff, Ramona Cal, and Defendant, Securitas Security Services USA, Inc., pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, stipulate that this action is dismissed with prejudice. Except as agreed to by the parties, each party shall bear its own cost and attorney's fees.

| RAMONA CAL | SECURITAS SECURITY SERVICES USA, INC. |
|---|---|
| /s/ John P. Madden | /s/ Aaron R. Gelb |
| Attorney for Plaintiff | Attorney for Plaintiff |
| John P. Madden | Aaron R. Gelb |
| O'Malley & Madden, P.C. | Vedder, Price, Kaufman & Kammholz, P.C. |
| 542 So. Dearborn Street, Suite 660 | 222 North LaSalle Street, Suite 2600 |
| Chicago, Illinois 60605 | Chicago, Illinois 60601 |
| (312) 697-1382 | 312-609-7844 |
| jmadden@ompclaw.com | agelb@vedderprice.com |